IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **AUSTIN BLAKE BURCHFIELD,**<br>     **Plaintiff,** | Civil Action No. 7:21-cv-00492 |
| v. | **MEMORANDUM OPINION** |
| **MARTY STANLEY,**<br>     **Defendant(s),** | By:  Thomas T. Cullen<br>United States District Judge |

Plaintiff, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. §1983. By order entered October 25, 2021, the court directed plaintiff to submit, within 30 days from the date of the order, a statement of assets form and the required inmate trust account statements for the months of March-July 2021, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during those months.  Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 30 days have elapsed, and plaintiff has failed to comply with the described conditions.  Accordingly, the court will dismiss the action without prejudice and strike the case from the active docket of the court.  Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTERED this 8th day of December, 2021.

                    /s/ Thomas T. Cullen
                    United States District Judge